# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-18-00045-CV

---

**Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and
Ken Paxton, Attorney General of the State of Texas, Appellants**

**v.**

**TMBJ Investments, Inc., Appellee**

---

### FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-17-002879, THE HONORABLE KARIN CRUMP, JUDGE PRESIDING

---

### M E M O R A N D U M   O P I N I O N

Appellants Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas have filed an agreed motion to dismiss this appeal. We grant appellants' motion and, as requested by the parties, dismiss the appeal with prejudice to refiling by any party. *See* Tex. R. App. P. 42.1(a).

_____
Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Triana and Smith

Dismissed on Appellants' Motion

Filed: December 18, 2019